**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LOU BUDKE'S ARROW FINANCE COMPANY d/b/a ARROW FINANCE COMPANY and RICHARD KYLES,<br><br>Defendants. | Case No. 4:24-CV-692-RWS |

# THIRD JOINT STATUS REPORT

Mesa Underwriters Specialty Insurance Company ("Mesa"), Lou Budke's Arrow Finance Company d/b/a Arrow Finance Company ("Lou Budke"), and Richard Kyles ("Kyles") submit the following Joint Status Report, pursuant to the Court's Order [Doc. 48]:

## I. Status of Underlying Lawsuit

This Court entered an Order on March 24, 2025, staying the matter and requesting the parties to submit a joint status report every six (6) months. The parties submitted their first Joint Status Report on September 24, 2025, and their second Joint Status Report on March 24, 2026. This is the parties' third Joint Status Report.

The underlying matter is currently pending in the Circuit Court of St. Louis County, Missouri (the "Underlying Court") before the Honorable Lorne J. Baker.

Since the parties' last Joint Status Report, the Court denied Kyles' Motion for Judgment on the Pleadings. The parties are separately engaged in discovery disputes, and Kyles and Lou Budke have filed a Motion to Appoint a Special Master that is not yet set for hearing. There is not yet any Scheduling Order such that there are no upcoming hearings and no trial date.

The parties will submit their Fourth Joint Status Report on March 24, 2027.

Dated: September 24, 2026.

Respectfully submitted,

*/s/ Meredith A. Webster*
Meredith A. Webster #63310MO
D. Dean Kirk #71511MO
KUTAK ROCK LLP
2405 Grand Boulevard, Suite 600
Kansas City, MO 64108
(816) 960-0090 Telephone
(816) 960-0041 Facsimile
Meredith.Webster@kutakrock.com
Dean.Kirk@kutakrock.com

and

Jeffrey W. Coffey #69045MO
KUTAK ROCK LLP
300 John Q Hammons Parkway, Suite 800
Springfield, MO 65806
(417) 720-1410 (Telephone)
(417) 720-1411 (Facsimile)
Jeff.Coffey@KutakRock.com
**ATTORNEYS FOR**
**MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY**

*/s/* Did Not Respond
Robert E. Jones #35111MO
CURTIS, HEINZ, GARRETT & O'KEEFE
130 S. Bemiston, Suite 200
Clayton, MO 63105
(314) 725-8788
rejones@chgolaw.com
**ATTORNEY FOR DEENDANT**
**LOU BUDKE ARROW FINANCE COMPANY**[1]

Respectfully submitted,

*/s/ Martin L. Daesch*
Martin L. Daesch #40494MO
Jesse B. Rochman #60712MO
Craig W. Richards #67262MO
Kaitlin A. Carpenter #74599MO
ONDERLAW, LLC
110 E. Lockwood Ave.
St. Louis, MO 63119
(314) 960-9000 Telephone
(314) 963-1700 Facsimile
daesch@onderlaw.com
rochman@onderlaw.com
richards@onderlaw.com
carpenter@onderlaw.com
**ATTORNEYS FOR RICHARD KYLES**

[1] As of the time of filing, Robert Jones, counsel for Lou Budke's Arrow Finance Company had not responded with his position.